**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-51434 (jam) |
| ANTOINETTE M. MURRAY A/K/A | JANUARY 14, 2019 |
| Debtor | |

**WITHDRAWAL OF MOVANT'S MOTION FOR RELIEF FROM STAY**

Movant, BAYVIEW LOAN SERVICING, LLC, hereby withdraws its Motion for Relief from Stay filed December 5, 2018, Docket Entry Number 78. Creditor's motion is moot as Debtor has become current on the post-confirmation payments and such relief from stay is no longer required.

Dated at Hartford, Connecticut this 14th day of January, 2019.

By __//ct08246//__
Claudia M. Sklar, Esq. of
O'Connell, Attmore & Morris, L.L.C.
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Tel. (860) 548-1300
Fed. Bar No. CT 08246

### **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all of the following parties either by operation of the Court's electronic filing system or by first class mail, postage prepaid, on this 14th day of January, 2019:

Debtor
Antoinette M. Murray a/k/a
Antoinette Murray a/k/a
Antoinette Morris
81 Brian Drive
Trumbull, CT 06611

Debtor's Attorney
George W. Derbyshire
Law Office of George W. Derbyshire
1825 Barnum Avenue
Suite 205
Stratford, CT 06614
gwderbyshire@snet.net

Chapter 13 Trustee
Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                                    //ct08246//
                                                          Claudia M. Sklar, Esq.